OLIVER BROWN (State Bar No. 335952)
Oliver.Brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Motion Picture Association, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

In Re 17 U.S.C. § 512(h) Subpoena to CLOUDFLARE, INC.

Case Number: 2:26-mc-13

**DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**

I, Larissa Knapp, the undersigned, declare that:

1. I am Executive Vice President and Global Chief Content Protection for the Motion Picture Association, Inc. ("MPA"). I submit this declaration on behalf of Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Universal City Studios Productions LLLP, and Warner Bros. Entertainment, Inc. ("ACE Members"), each of which is a member of the Alliance for Creativity and Entertainment ("ACE"). ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy. The ACE Members, whether themselves or through subsidiaries and affiliates, own the copyrights in the below referenced copyrighted works.

2. The ACE Members (via the MPA) are requesting issuance of the attached proposed subpoena that would order Cloudflare, Inc. to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the following websites:

| No | Domain | Infringed Title 1 | Infringing URL 1 | Infringed Title 2 | Infringing URL 2 |
|---|---|---|---|---|---|
| 1 | cinego.co | Moana | cinego.co/movie/moana-18147/ | Venom: The Last Dance | cinego.co/movie/venom-the-last-dance-1630857833/ |
| 2 | hdfull.org | Moana 2 | hdfull.org/pelicula/moana-2 | Gladiator 2 | hdfull.org/pelicula/gladiator-ii |
| 3 | sflix.fi | Tenet | sflix.fi/watch/tenet.18995b#ep=1 | Jumanji: The Next Level | sflix.fi/watch/jumanji-the-next-level.d5kv22#ep=1 |
| 4 | soap2day.fi | Tenet | soap2day.fi/movie/tenet-5oeedr#ep=1 | Jumanji: The Next Level | soap2day.fi/movie/jumanji-the-next-level-g81kww#ep=1 |
| 5 | soap2day.day | Moana | soap2day.day/moana-nuq8e-soap2day/ | Jumanji: The Next Level | soap2day.day/jumanji-the-next-level-123movies-soap2day/ |

| | | | | | |
|---|---|---|---|---|---|
| 6 | kinox.to | Tenet | kinox.to/Stream/Tenet-1.html | Jumanji: The Next Level | kinox.to/Stream/Jumanji_2_The_Next_Level.html |
| 7 | pelisflix1.help | Nobody 2 | pelisflix1.help/pelicula/nadie-2/ | Gladiator 2 | pelisflix1.help/pelicula/gladiator-ii-7/ |
| 8 | pelisflix1.best | Nobody 2 | pelisflix1.best/pelicula/nadie-2/ | Gladiator 2 | pelisflix1.best/pelicula/gladiator-ii-7/ |
| 9 | pelisflix1.club | Nobody 2 | pelisflix1.club/pelicula/nadie-2/ | Gladiator 2 | pelisflix1.club/pelicula/gladiator-ii-7/ |
| 10 | anime4up.rest | Hi Score Girl S01E01 | anime4up.rest/episode/high-score-girl-%d8%a7%d9%84%d8%ad%d9%84%d9%82%d8%a9-1/ | Mob Psycho 100 S01E01 | anime4up.rest/episode/mob-psycho-100-%d8%a7%d9%84%d8%ad%d9%84%d9%82%d8%a9-1/ |
| 11 | motchiiill.la | Moana 2 | motchiiill.la/phim/hanh-trinh-cua-moana-2/tap-full | Venom: The Last Dance | motchiiill.la/phim/venom-keo-cuoi/tap-full |
| 12 | motchillk.la | Moana 2 | motchillk.la/phim/hanh-trinh-cua-moana-2/tap-full | Venom: The Last Dance | motchillk.la/phim/venom-keo-cuoi/tap-full |
| 13 | motchillk.ac | Moana 2 | motchillk.ac/phim/hanh-trinh-cua-moana-2/tap-full | Venom: The Last Dance | motchillk.ac/phim/venom-keo-cuoi/tap-full |
| 14 | 456movie.net | The Lion King | 456movie.net/movie/watch/420818 | A Quiet Place | 456movie.net/movie/watch/447332 |
| 15 | hdfilmcehennemi.nl | Tenet | hdfilmcehennemi.nl/tenet-hd-film-izle-hdf-hdf1-19/ | Jumanji: The Next Level | hdfilmcehennemi.nl/jumanji-the-next-level-hd-film-izle-hd-hdf-8/ |
| 16 | vduapk.com | A Quiet Place | vduapk.com/download-vedu-apk51/ | Cinderella | vduapk.com/download-vedu-apk51/ |
| 17 | dizigom104.com | Young Sheldon S01E01 | dizigom104.com/young-sheldon-1-sezon-1-bolum-hd1/ | Looking for Alaska S01E01 | dizigom104.com/looking-for-alaska-1-sezon-1-bolum-hd1/ |
| 18 | pstream.mov | Tenet | pstream.mov/media/tmdb- | Tangled | pstream.mov/media/tmdb- |

| | | | | | |
|---|---|---|---|---|---|
| | | | movie-577922-tenet | | movie-38757-tangled |
| 19 | streamingunity.tv | Frozen II | streamingunity.tv/en/watch/715 | Bad Boys for Life | streamingunity.tv/en/watch/440 |

3. The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites, who have exploited ACE Members' exclusive rights in their copyrighted motion pictures without their authorization. The information obtained through this subpoena will only be used for the purposes of protecting the ACE Members' rights under U.S. Code, Title 17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington D.C., on February 13, 2026.

Larissa Knapp

Larissa Knapp